IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00858-MSK-CBS

TAMI SIMS,

      Plaintiff,

v.

VALENTINE & KEBARTAS, INC., a Massachusetts corporation,

      Defendant.

---

**NOTICE OF DISMISSAL WITH PREJUDICE**

---

      **COMES NOW** the Plaintiff by her undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay her or its own attorney's fees and costs.

Dated: May 23, 2011.

      Respectfully submitted,

      _s/ David M. Larson_____
      David M. Larson, Esq.
      405 S. Cascade Avenue, Suite 305
      Colorado Springs, CO 80903
      (719) 473-0006
      Attorney for the Plaintiff